UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| EARL EDWARD HOFFMAN, SR., et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>FIRST STUDENT, INC. )<br>)<br>Defendant. )<br>) | Civil Action No.: _____ |

## NOTICE OF REMOVAL

Defendant, First Student, Inc. ("Defendant"), by and through its undersigned counsel, hereby file this Notice of Removal, and states as follows:

1. Plaintiffs Earle Edward Hoffman, Sr., Wayne Gerry, Jr., Carl W. King, Chairesse Osborne, Tina Himes, Yalanda Davis, Rose Marie Sandlin, Rodney Wimbush, Bernadette Wragg, Evelyn V. Rayner, Melanie Willner, and Janet L. Clites (collectively, "Plaintiffs") commenced this action by filing a Complaint on or about June 15, 2006 against Defendant in the Circuit Court of Maryland for Baltimore City, Civil Action No. 24-C-06-005122 OT.

2. Defendant was served with a Summons and the Complaint through its registered agent on June 22, 2006. The Complaint served on that date represents the initial pleading upon which Defendant was given notice of Plaintiffs' claims. A true and correct copy of the Summons and the Complaint ("Compl.") served upon Defendant is attached hereto as Exhibit A.

3. Plaintiffs' Complaint alleges violations of the federal Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.* ("FLSA"), the Maryland Wage and Hour Law, Md. Code Ann., Lab. &

Empl. §§ 3-401 *et seq.*, and the Maryland Wage Payment and Collection Act, Md. Code Ann., Lab. & Empl. §§ 3-501 *et seq.*

4. Plaintiffs request the entry of a declaratory judgment and seek to recover compensatory, punitive and liquidated damages, as well as interest, attorneys' fees, and costs. (Compl. ¶¶ 44, 50, 55, 59).

5. This Court has original jurisdiction over this civil action pursuant to 28 U.S.C. § 1331, because Plaintiffs have alleged a claim arising under the FLSA, a law of the United States. Therefore, this action may be removed without regard to the citizenship or residence of the parties or the amount in controversy.

6. Under 28 U.S.C. § 1367(a), supplemental jurisdiction exists over Plaintiffs' other claims arising under Md. Code Ann., Lab. & Empl. §§ 3-401 *et seq.* and Md. Code Ann., Lab. & Empl. §§ 3-501 *et seq.* because these claims are so related to Plaintiffs' FLSA claim that, together, the claims form part of the same case and controversy.

7. In accordance with 28 U.S.C. § 1446(a), all process, pleadings and orders that have been served upon Defendant to date in this matter are annexed to this Notice of Removal as Exhibit A.

8. In accordance with 28 U.S.C. § 1446(b), this Notice of Removal is filed within thirty (30) days after Defendant's receipt of the Summons and Complaint.

9. In accordance with 28 U.S.C. § 1446(d), a true and complete copy of this Notice of Removal will be filed with the Clerk of the Circuit Court of Maryland for Baltimore City.

WHEREFORE, Defendant, First Student, Inc., removes this case to this Court and respectfully requests that this Court accept jurisdiction of this action and place it on the docket for all further proceedings.

Respectfully submitted,

LITTLER MENDELSON, P.C.

*/s/ signature/*

Joseph P. Harkins (Fed. Bar No. 14007)
Maria A. Perugini Baechli (Fed. Bar No. 12161)
Katherine E. Bierma Pregel (Fed. Bar No. 16540)
1150 17th Street, N.W.
Suite 900
Washington, DC  20036
(202) 842-3400  Telephone
(202) 842-0011  Facsimile

Attorneys for Defendant First Student, Inc.

Dated: July 21, 2006

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 21st day of July, 2006, I caused a true and correct copy of the foregoing **Notice of Removal** to be served via first-class mail upon the following counsel of record:

>Deborah Thompson Eisenberg, Esq.
>C. Christopher Brown, Esq.
>Sharon Krevor-Weisbaum, Esq.
>BROWN, GOLDSTEIN & LEVY, LLP
>120 E. Baltimore Street, Suite 1700
>Baltimore, Maryland 21202-6701
>
>Counsel for Plaintiffs

_____
Katherine E. Bierma Pregel