**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
(Northern Division)

| | |
|---|---|
| EARL EDWARD HOFFMAN, SR., *et al.*, | * |
| Plaintiffs, | * |
| v. | *   Case No. 1:06-cv-01882-WDQ |
| FIRST STUDENT, INC., | * |
| Defendant. | * |

\* \* \* \* \* \* \* \* \* \* \* \*

## JOINT MOTION TO APPROVE CLASS-WIDE SETTLEMENT

The parties hereby jointly move the Court to approve a class-wide settlement in this case. The terms of the proposed settlement are set forth in the parties' memorandum supporting this motion and in the Settlement Agreement, which is attached.

WHEREFORE, the parties request that the Court approve the sending of Notice to all class members informing them of the proposed settlement and an opportunity to object at a hearing set in February, 2010 in this Court.

Respectfully submitted,

| /s/ | /s/ |
|---|---|
| Joseph P. Harkins, Esq., Fed. Bar No. 14007 | C. Christopher Brown, Fed. Bar No. 01043 |
| jharkins@littler.com | ccb@browngold.com |
| Littler Mendelson | BROWN, GOLDSTEIN & LEVY, LLP |
| 1150 17th Street, N.W., Suite 900 | 120 E. Baltimore St., Suite 1700 |
| Washington, DC 20036 | Baltimore, Maryland  21202 |
| | |
| *Attorneys for Defendant* | *Attorneys for Plaintiffs* |

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this  27th   day of January 2010 a copy of the foregoing Joint Motion to Approve Class-Wide Settlement and its supporting Memorandum were served on counsel by the Court's electronic filing system.

                                                            /s/
                                                 C. Christopher Brown