**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
(Northern Division)

| | | |
|---|---|---|
| EARL EDWARD HOFFMAN, SR., *et al.*, | * | |
| Plaintiffs, | * | |
| v. | * | Case No. 1:06-cv-01882-WDQ |
| FIRST STUDENT, INC., | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## ORDER FOR PRELIMINARY APPROVAL

Upon consideration of the joint motion for preliminary approval of the class-wide settlement and its supporting memorandum, exhibits, and affidavit, and

It appearing that the proposed settlement is fair and reasonable, and

It further appearing that Notice of the Proposed Settlement and an opportunity to object will be sent to all class members,

It is therefore this _____ day of _____ 2010

ORDERED that the parties' class-wide settlement is preliminarily fair and reasonable;

ORDERED that plaintiffs Earl Hoffman, Wayne Gerry, Melanie Willner, Carl King, Tina Himes, Rose Marie Sandlin, and Yolanda Davis are recognized as the representative plaintiffs in this class action;

ORDERED that for purposes of settlement a class is certified consisting of all former Baltimore First Student bus drivers, aides, lot workers, and other employees (1) who have either opted into this case or (2) who were employed by First Student since June 15, 2003;

ORDERED that plaintiffs' counsel shall send by first-class mail the Notice of Proposed Settlement and the Class Member Information Form to all class members:

ORDERED that the form and content of the Notice of Proposed Settlement and the proposed Class Member Information Form are hereby approved;

ORDERED Plaintiffs' application for the payment of reasonable attorneys' fees ($497,666) and expenses ($59,250) is preliminarily approved;

ORDERED that enhancement awards of not more than $3,000 are preliminarily approved for plaintiffs Earl Hoffman, Wayne Gerry, Melanie Willner, Carl King, Tina Himes, Rose Marie Sandlin, and Yolanda Davis who are representative plaintiffs in this action; and it is

ORDERED that a fairness hearing be held on _____ in order to allow any class member to object to the settlement or to opt out of the class.

_____
William D. Quarles
United States District Judge